IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as Receiver for INDYMAC BANK,

    Plaintiff,

v.

JAMES BERT COKER; CAROL ZHANG; HARVEY HOCHAUSER; MARCIE HOCHAUSER,

    Defendants.

No. C 09-03732 WHA

**ORDER CONTINUING HEARING ON APPLICATION FOR TEMPORARY RESTRAINING ORDER**

The Court having considered Plaintiff's Application to Continue Hearing on its Application for Temporary Restraining Order, the Court finds and orders as follows:

A hearing on Plaintiff's Application for Temporary Restraining Order on shortened notice is continued from September 3, 2009 to **THURSDAY, SEPTEMBER 17, 2009 AT 1:30**, on the condition that plaintiff serves the summons, complaint, application and all supporting papers on defendants by **FRIDAY, SEPTEMBER 3, 2009, AT NOON**. Any opposition to the application shall be due by **WEDNESDAY, SEPTEMBER 9, 2009, AT NOON**. Any reply brief shall be due **MONDAY, SEPTEMBER 14, 2009, AT NOON**.

**IT IS SO ORDERED.**

Dated: September 1, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE