IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as Receiver for INDYMAC BANK,

    Plaintiff,

  v.

JAMES BERT COKER; CAROL ZHANG; HARVEY HOCHAUSER; MARCIE HOCHAUSER,

    Defendants.

No. C 09-03732 WHA

**ORDER RE PROOFS OF SERVICE**

The Court has noticed a discrepancy in the proofs of service filed by plaintiff on September 8, 2009, which notice a hearing date of September 3, 2009, and a time of 1:30 a.m. Plaintiff's counsel should be prepared to explain this discrepancy at the hearing on September 17, 2009, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: September 15, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE