## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

FEDERAL DEPOSIT INSURANCE CORPORATION
in its capacity as Receiver for
INDYMAC BANK      Plaintiff(s),

CASE NO.   CV 09-3732

v.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

JAMES BERT COKER; CAROL ZHANG;
HARVEY HOCHAUSER;
MARCIE HOCHAUSER Defendant(s).

_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE)   (ADR L.R. 5)
Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
Private ADR *(please identify process and provider)*    ADR Services

The parties agree to hold the ADR session by:
the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

other requested deadline _____

Dated: 10/29/09

_____
Attorney for Plaintiff

Dated: 10/23/09

_____
Attorney for Defendant

_____
CAROL ZHANG,
In Pro Per

HARVEY HOCHAUSER

It is so ordered.

MARCIE HOCHAUSER

Dated: October 30, 2009

_____
Hon. William Alsup

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FEDERAL DEPOSIT INSURANCE CORPORATION
in its capacity as Receiver for
INDYMAC BANK     Plaintiff(s),

CASE NO.   CV 09-3732

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

JAMES NERO CONLEY, CAROL ZHANG;
HARVEY HOCHAUSER, Defendant(s).

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
      Early Neutral Evaluation (ENE)  (ADR L.R. 5)
      Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
      Private ADR (please identify process and provider)  ADR Services

The parties agree to hold the ADR session by:
      the presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)

      other requested deadline _____

Dated: 10/29/09

Dated: 10/28/09

Attorney for Plaintiff

Attorney for Defendant

CAROL ZHANG,
In Pro Per

HARVEY HOCHAUSER

MARCUS HOCHAUSER