MAURICE WAINER (SB#121678)
SNIPPER, WAINER & MARKOFF
270 N. Canon Drive, Penthouse
Beverly Hills, California 90210
Tel: (310) 550-5770
Fax: (310) 550-6770

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as Receiver for INDYMAC BANK, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES BERT COKER; CAROL ZHANG; HARVEY HOCHAUSER; MARCIE HOCHAUSER <br><br> Defendants. | CASE NO. CV 09–3732 WHA <br><br> REQUEST FOR DISMISSAL AS TO JAMES BERT COKER <br><br> DATE: November 19, 2009 <br> TIME: 3:00 p.m. <br> CRTRM: 9, 19th Floor <br> HONORABLE WILLIAM ALSUP |

COMES NOW Plaintiff and hereby dismisses, without prejudice, defendant James Bert Coker only.

DATED: November 4, 2009        SNIPPER, WAINER & MARKOFF

BY: _____
    MAURICE WAINER
    Attorneys for Plaintiff

**IT IS SO ORDERED.**

DATE: November 6, 2009.   BY: _____
                              THE HONORABLE WILLIAM ALSUP

C:\MY FILES\INDYMAC v coker zhang hochauser\dismiss coker.wpd

1

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF CALIFORNIA, COUNTY OF LOS ANGELES |

  I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action, my business address is 270 North Canon Drive, Penthouse, Beverly Hills, California 90210.

  On November 4, 2009, I served the foregoing document described as: **REQUEST FOR DISMISSAL AS TO JAMES BERT COKER** on interested parties in this action by placing [ ] the original thereof [✔] a true copy thereof enclosed in sealed envelopes addressed as follows:

J. Timothy Lane  
319 Diablo Road, Suite 222  
Danville, CA 94526

CAROL ZHANG  
4270 Antique Place  
Stockton, CA 95219

HARVEY HOCHAUSER  
1930 Whitecliff Way #1  
Walnut Creek, CA 94596

MARCIE HOCHAUSER  
1930 Whitecliff Way #1  
Walnut Creek, CA 94596

  [✔] **BY MAIL:** I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

  [ ] **BY FEDERAL EXPRESS:** I placed such envelope for collection by Federal Express for overnight delivery by next business morning on this date following ordinary business practices.

  [ ] **BY PERSONAL SERVICE:** I delivered such envelope by hand to the offices of the addressee.

  [ ] **BY FAX:** I faxed such documents pursuant to Los Angeles County Rules of Court §520(c)(4) to the fax numbers listed on the attached service list.

  [✔] **FEDERAL**: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

  Executed on November 4, 2009, at Los Angeles, California.

F. BRENNINKMEIJER

1