```
 1  MAURICE WAINER (SB#121678)
    SNIPPER, WAINER & MARKOFF
 2  270 N. Canon Drive, Penthouse
    Beverly Hills, California 90210
 3  Tel: (310) 550-5770
    Fax: (310) 550-6770
 4

 5  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as Receiver for INDYMAC BANK,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES BERT COKER; CAROL ZHANG; HARVEY HOCHAUSER; MARCIE HOCHAUSER<br><br>Defendants. | CASE NO. CV 09-3732 WHA<br><br>REQUEST FOR DISMISSAL AS TO JAMES BERT COKER<br><br>DATE:  November 19, 2009<br>TIME:  3:00 p.m.<br>CRTRM: 9, 19th Floor<br>HONORABLE WILLIAM ALSUP |

COMES NOW Plaintiff and hereby dismisses, without prejudice, defendant James Bert Coker only.

DATED: November 4, 2009        SNIPPER, WAINER & MARKOFF

                               BY:_____
                                  MAURICE WAINER
                                  Attorneys for Plaintiff

**IT IS SO ORDERED.**

DATE: November 6, 2009.        BY:_____
                                  THE HONORABLE WILLIAM ALSUP

*C:\MY FILES\INDYMAC v coker zhang hochauser\dismiss coker.wpd*

1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action, my business address is 270 North Canon Drive, Penthouse, Beverly Hills, California 90210.

On November 4, 2009, I served the foregoing document described as: **REQUEST FOR DISMISSAL AS TO JAMES BERT COKER** on interested parties in this action by placing [ ] the original thereof [✔] a true copy thereof enclosed in sealed envelopes addressed as follows:

J. Timothy Lane
319 Diablo Road, Suite 222
Danville, CA 94526

CAROL ZHANG
4270 Antique Place
Stockton, CA 95219

HARVEY HOCHAUSER
1930 Whitecliff Way #1
Walnut Creek, CA 94596

MARCIE HOCHAUSER
1930 Whitecliff Way #1
Walnut Creek, CA 94596

[✔] **BY MAIL:** I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[ ] **BY FEDERAL EXPRESS:** I placed such envelope for collection by Federal Express for overnight delivery by next business morning on this date following ordinary business practices.

[ ] **BY PERSONAL SERVICE:** I delivered such envelope by hand to the offices of the addressee.

[ ] **BY FAX:** I faxed such documents pursuant to Los Angeles County Rules of Court §520(c)(4) to the fax numbers listed on the attached service list.

[✔] **FEDERAL**: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 4, 2009, at Los Angeles, California.

E. BRENNINKMEIJER

1