IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FEDERAL DEPOSIT INSURANCE
CORPORATION, in its capacity as
Receiver for INDYMAC BANK,

        Plaintiff,

  v.

JAMES BERT COKER; CAROL ZHANG;
HARVEY HOCHAUSER; MARCIE
HOCHAUSER,

        Defendants.

_____/

No. C 09-03732 WHA

**ORDER TO DISMISS CASE**

      All parties have signed a stipulation requesting dismissal of this action.  Pursuant to

Rule 41(a), this action is hereby **DISMISSED**.  The Clerk shall close the file.  The Court retains

jurisdiction for three years to enforce the settlement agreement.


      **IT IS SO ORDERED.**


Dated:  January 21, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE